No. 816. SUESS *v.* UNITED STATES; and

No. 845. SCHWENOHA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Teitelbaum* for petitioner in No. 816, and *Samuel Rowe* for petitioner in No. 845. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States in both cases. Reported below: 383 F. 2d 395.

No. 841. MONSANTO CO. ET AL. *v.* CHEROKEE LABORATORIES, INC.; and

No. 842. ROTARY DRILLING SERVICES, INC., ET AL. *v.* CHEROKEE LABORATORIES, INC. C. A. 5th Cir. Certiorari denied. *R. Gordon Gooch* for petitioner Monsanto Co., and *Vernon O. Teofan* and *Jack N. Price* for respondent in No. 841. *James R. Ryan* for petitioners in No. 842. Reported below: 383 F. 2d 97.

No. 856. KENNEY *v.* CALIFORNIA TANKER CO. C. A. 3d Cir. Certiorari denied. *Henry A. Wise, Jr.,* for petitioner. *David T. Dana III* for respondent. ▉

No. 869. ERLING *v.* PARK DISTRICT OF THE CITY OF BISMARCK. Sup. Ct. N. D. Certiorari denied. *William R. Mills* for petitioner. ▉

No. 878. SCOTT'S, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *John W. Cummiskey* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *George B. Driesen* for the National Labor Relations Board, and *Irving Abramson* and *Ruth Weyand* for International Union of Electrical, Radio & Machine Workers, AFL–CIO, respondents. ▉